## 24788. LEVAN v. LEVAN.

FRANKUM, Justice. The instant appeal is from a judgment entered June 12, 1968, overruling the defendant's (appellant's) motion to dismiss the plaintiff's complaint. The record does not contain a certificate of the trial judge that the judgment from which the appeal was made is a judgment of such importance that an immediate review should be had. Under the decision of this court in *Califon Constr. Co. v. Highland Apartments,* 224 Ga. 610, the appeal must be and is

> *Dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 10, 1968—DECIDED SEPTEMBER 24, 1968.

*E. R. Smith, Sr., Fred L. Belcher,* for appellant.

*Elsie H. Griner,* for appellee.